HORINE HOLDING COMPANY, a corporation, and HOEN INVESTMENT COMPANY, a corporation, v. FLORENCE BARRETT, a widow, and EVA K. BENDLE, a widow.

24 So. (2nd) 4                     June Term, 1945
December 7, 1945                      Division A
Rehearing denied January 15, 1946

*William A. Lane,* for appellant.

*Maxwell Baxter* for Florence Barrett, appellee.

*Robert C. Lane* for Eva K. Bendle, intervenor-appellee.

PER CURIAM:

We have duly considered the record and able briefs in this case and find no error in the decree, so it is affirmed.

CHAPMAN, C. J., TERRELL, BUFORD and ADAMS, JJ., concur.